[No. 69302-6-I.   Division One.   January 21, 2014.]

CHRISTINE NORTON *on behalf of* L.T. ET AL., *Respondent*, v. RUBEN TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-00616-4, Michael Hayden, J., entered August 21, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Verellen, JJ.

[No. 69309-3-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRIDAN ARTHUR NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00351-1, Eric Z. Lucas, J., entered August 23, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Appelwick, JJ.

[No. 69352-2-I.   Division One.   January 21, 2014.]

DANIEL J. WATSON ET AL., *Respondents*, v. NORTHWEST TRUSTEE SERVICES, INC., *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-01729-8, Kimberley Prochnau, J., entered August 27, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ. Now published at 180 Wn. App. 8.

[No. 69408-1-I.   Division One.   January 21, 2014.]

MICHAEL SMITH, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-02600-9, John P. Erlick, J., entered September 10, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.